

# THE THIRTEENTH COURT OF APPEALS

## 13-20-00413-CR

THE STATE OF TEXAS
v.
ERIC SCARBERRY

On Appeal from the
156th District Court of Bee County, Texas
Trial Court Cause No. B-20-2087-0-CR-B

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be affirmed in part and reversed in part, and the case should be remanded to the trial court. The Court orders the judgment of the trial court AFFIRMED IN PART and REVERSED IN PART, and the case is REMANDED for further proceedings consistent with its opinion.

We further order this decision certified below for observance.

June 9, 2022